IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAGRO WEST, LLC; and<br>DOES 1 through 10, inclusive<br><br>    Defendants. | 1:11-cv-01645-AWI-SMS<br><br>ORDER VACATING HEARING<br>DATE OF DECEMBER 19, 2011<br>AND TAKING MATTER<br>UNDER SUBMISSION |

    The motion of defendant Synagro West, LLC to dismiss the complaint of plaintiff Mimi Perez-Falcon pursuant to Federal Rule of Civil Procedure 12(b)(6) has been set for hearing on December 19, 2011. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of December 19, 2011 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 7, 2011                                              _____
                                                                   CHIEF UNITED STATES DISTRICT JUDGE