Vince M. Verde CA Bar No. 202472
vince.verde@ogletreedeakins.com
Angela Pak CA Bar No. 240177
angela.pak@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:   714.754.1298

Attorneys for Defendant SYNAGRO WEST, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>         Plaintiff,<br><br>    v.<br><br>SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No. 1:11-CV-01645-AWI-JLT<br><br>**ORDER RE STIPULATION TO CONTINUE INITIAL DISCLOSURE DEADLINE** |

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS HEREBY ORDERED that the Initial Disclosure deadline be continued for one week, from March 14, 2012 to March 21, 2012.

IT IS SO ORDERED.

   Dated:   **March 8, 2012**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

11cv1645.o.grnt.stip.eot.initial