Vince M. Verde CA Bar No. 202472
vince.verde@ogletreedeakins.com
Angela Pak CA Bar No. 240177
angela.pak@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendant SYNAGRO WEST, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>                Plaintiff,<br><br>        v.<br><br>SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive,<br><br>                Defendant. | Case No. 1:11-CV-01645-AWI-JLT<br><br>**ORDER RE STIPULATION RE PROTECTIVE ORDER**<br><br>(**Doc. 24)** |

　　　　Before the Court is the stipulation of the parties for a protective order related to confidential information.  The stipulation was filed by the parties on November 27, 2012 as docket entry 24.

　　　　The Court notes that the stipulation requires a meet and confer process to occur before any motion is filed with the Court related to the designation of the disputed document. (Doc. 24 at 6-7)  Assuming this process is not successful in bringing about agreement, the parties agree the complaining party may file a motion for the Court to determine the dispute.  Id. at 8.  However, the parties fail to incorporate the Court's requirement, set forth in the scheduling order, for the parties to have a telephonic hearing with the Court *before* any discovery dispute is filed.

(Doc. 17 at 3-4)  The Court concludes that a dispute related to this protective order falls within the procedures set forth in the scheduling order.  Id.  Thus, the Court will modify the stipulation to require compliance with the scheduling order in addition to any requirements set forth in the stipulation regarding disputes related to the confidentiality of documents.

## ORDER

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (Doc. 24) shall be entered as the Order of the Court and be binding upon the parties with the following modification:

Before any attempt to obtain "Judicial Intervention" as set forth in paragraph 6.3, the parties **SHALL** comply with paragraph V of the scheduling order (Doc. 17 at 3-4).

IT IS SO ORDERED.

Dated:     **November 27, 2012**                  **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE