**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMI PEREZ-FALCON, | Case No. 1:11-CV-01645-AWI-JLT |
| Plaintiff, | **ORDER GRANTING DEFENDANT SYNAGRO WEST LLC'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND ALLOW THE FILING OF AN AMENDED COMPLAINT** |
| v. | |
| SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive, | |
| Defendant. | **(Doc. 33)** |

The Court hereby grants Defendant Synagro West, LLC's request to appear via telephonically at Plaintiff Mimi Perez-Falcon's Motion to Reopen Discovery and Allow the Filing of An Amended Complaint scheduled on March 25, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   __**March 11, 2013**__          _____/s/ Jennifer L. Thurston_____
                                              UNITED STATES MAGISTRATE JUDGE