# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIMI PEREZ-FALCON, | ) | 1:11-cv-01645-AWI-JLT |
| Plaintiff, | ) | ORDER STAYING ACTION |
| v. | ) | (Docs. 40, 41) |
| SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On April 12, 2013, defendant Synagro West ("Defendant") filed a motion for summary judgment (doc. 39), set for hearing on June 3, 2013. On May 20, 2013, both parties filed notices of bankruptcy indicating that on April 24, 2013, Defendant petitioned for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. Accordingly, this action is automatically stayed pursuant to the provisions of section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), pending further order of the Court. The Court hereby VACATES all future dates, including the June 3, 2013 hearing date, and respectfully directs the Clerk of Court to terminate the pending motion for summary judgment. Defendant may re-notice the motion when the litigation resumes.

Within 30 days of entry of this order, and every 90 days thereafter, Defendant shall file a status report concerning the proceedings referenced in its notice of bankruptcy. Defendant is advised that failure to file a status report in accordance with this order may result in the imposition of sanctions, including, but not limited to, monetary or contempt sanctions.

IT IS SO ORDERED.

Dated:   May 21, 2013

SENIOR DISTRICT JUDGE

2