UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>   Plaintiff,<br><br> v.<br><br>SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive,<br><br>   Defendant. | Case No.: 1:11-cv-01645 - AWI - JLT<br><br>ORDER LIFTING STAY AND AMENDING SCHEDULING ORDER |

  After counsel notified the Court that Defendant had filed bankruptcy (Docs. 40, 41), the Court stayed the action. (Doc. 42) On January, 16, 2014, Defendant notified the Court that the Bankruptcy Court modified the "Stay and Plan Injunction" to allow this matter to move forward. (Docs. 46, 46-1)

  Therefore, good cause appearing, the Court **ORDERS:**

  1. The stay is **LIFTED**;

  2. Any dispositive motion SHALL be filed no later **February 21, 2014** and heard no later than **April 14, 2014**;

  3. The pretrial conference is set on **June 18, 2014** at 10:00 a.m.;

  4. Trial is set on **August 26, 2014.**

///

///

1

**<u>No other amendments to the scheduling order are authorized.</u>**

IT IS SO ORDERED.

Dated:   **January 21, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE