# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>            Plaintiff,<br><br>       v.<br><br>SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 1:11-CV-01645-AWI-JLT<br><br>**ORDER RE STIPULATION TO REQUEST SETTLEMENT CONFERENCE**<br><br>(Doc. 49) |

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS HEREBY ORDERED that a settlement conference with Judge Jennifer L. Thurston be held on March 18, 2013 at 1:30 p.m. Plaintiff and Defendant will be allowed to appear by telephone as Plaintiff and the representatives for Defendant reside out-of-state. A representative from Defendant's insurance carrier with full settlement authority is ordered to appear in person for the settlement conference.

IT IS SO ORDERED.

Dated:   **February 21, 2014**              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE