# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI PEREZ-FALCON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAGRO WEST, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-01645 - AWI - JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

　　　　On March 18, 2014, the Court conducted a settlement conference at which the parties agreed upon settlement terms. (Doc. 52)  The only impediment was that Defendants' counsel, Ms. Pak, did not have authority to agree to the amount of the settlement that would be attributed to wages.  Id. As a result, the Court ordered Defendant's counsel to contact Plaintiff's counsel to meet and confer as to this issue and to come to agreement. Id.  The Court ordered that Plaintiff would file a notice of settlement no later than March 28, 2014.  Id. However, of course, that day has come and gone without any such filing.

　　　　Because the Court cannot determine where this process has broken down, the Court **ORDERS**:

　　　　1.　　No later than April 11, 2014, the parties **SHALL** show cause in writing why monetary sanctions or other sanctions—up to and including dismissal of the action or an order striking the answer and entering default—should not be issued for their failure to comply with the Court's orders;

2. In the alternative, a notice of settlement may be filed no later than April 11, 2014.

IT IS SO ORDERED.

Dated: **April 2, 2014**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE