**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIMI PEREZ-FALCON, | ) Case No.: 1:11-cv-01645 AWI JLT |
| Plaintiff, | ) |
| | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| | ) |
| SYNAGRO WEST, LLC, | ) |
| | ) |
| Defendant. | ) |

On April 3, 2013, Plaintiff notified the Court the parties had finalized their settlement.  (Doc. 54).  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

    1.    The parties **SHALL** file a stipulated request for dismissal no later than **May 2, 2014**;

    2.    All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

    3.    The order to show cause, issued April 2, 2014, is **DISCHARGED.**

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **April 4, 2014**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE