# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

MIMI PEREZ-FALCON,                      Case No. 1:11-cv-01645-AWI-JLT

    Plaintiff,       **ORDER DISMISSING WITH
                                        PREJUDICE PURSANT TO RULE
  v.                           41(a)(1)**

SYNAGRO WEST, LLC.; and DOES 1
through 10 inclusive,

    Defendant.

_____/

The parties filed a stipulation on April 23, 2014, that read:

IT IS HEREBY STIPULATED by and between the parties to this action, through
their designated counsel, that the above-captioned action be, and hereby is,
dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule
41(a)(1), each party to bear its own costs and attorneys' fees.

Doc. 56.

The parties to this action having stipulated through their designated counsel, the above-
captioned action shall be and hereby is dismissed, with prejudice, pursuant to Federal Rules of
Civil Procedure, Rule 41(a)(1),

IT IS SO ORDERED.

Dated:   April 28, 2014        _____
                               SENIOR  DISTRICT  JUDGE

1